689 A.2d 58

**OFFICE OF ADMINISTRATIVE HEARINGS**

v.

**Jon M. WILL et al.**

**No. 95, Sept. Term, 1995.**

Court of Appeals of Maryland.

Feb. 13, 1997.

Andrew H. Baida, Assistant Attorney General, (J. Joseph Curran, Jr., Attorney General; Julia M. Freit, Assistant Attorney General, on brief) Baltimore, for Petitioner.

Michael A. Millemann, Hydes, for Respondent.

Argued before ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ., and JOHN F. McAULIFFE, Judge (retired), Specially Assigned.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 13th day of February, 1997

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Robert M. Bell
Chief Judge